UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| TOTAL QUALITY LOGISTICS, LLC, | : | NO. 1:11-CV-00183 |
| Plaintiff, | : |  |
| vs. | : | **ORDER** |
| TW TRANSPORTATION SOLUTIONS, LLC, | : |  |
| Defendant. | : |  |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 21), to which there were no objections.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 21) in all respects, and ORDERS Defendant to pay Plaintiff the sum of

$1,643.75 for expenses incurred in connection with Plaintiff's motion to compel.

SO ORDERED.

DATED: February 9, 2012  /s/ S. Arthur Spiegel
                         S. Arthur Spiegel
                         United States Senior District Judge