UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|                              |   |                    |
|------------------------------|---|--------------------|
| TOTAL QUALITY LOGISTICS, LLC, | : | NO. 1:11-CV-00183 |
|                              | : |                    |
| Plaintiff,                   | : |                    |
|                              | : |                    |
| vs.                          | : | **ORDER**          |
|                              | : |                    |
| TW TRANSPORTATION SOLUTIONS, | : |                    |
| LLC,                         | : |                    |
|                              | : |                    |
| Defendant.                   | : |                    |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 30), to which there were no objections.

In her Report and Recommendation, the Magistrate Judge indicates that Defendant TW Transportation Solutions LLC and its manager and/or owner Trevor Westrom have failed to comply with the Court's November 29, 2011 Order to provide certain discovery, and to fail to appear before the Court on May 15, 2012 to show cause as to why they should not be held in contempt of Court (doc. 30). The Magistrate Judge therefore recommended that the undersigned should issue an order to Defendants to appear at a date certain to show cause as to why they should not be help in contempt of court (Id.). In addition, the Magistrate Judge found that Plaintiff should be granted an award of $2,080.00 in attorney fees and expenses it incurred in obtaining the Order to show cause (docs 26, 27).

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 30) in all respects, and ORDERS Defendants TW Transportation and Trevor Westrom to appear before this court on August 14, 2012 at 2:00 P.M. to show cause as to why they should not be held in contempt of court for failing to obey the Court's November 29, 2011 discovery order. The Court further ORDERS Defendants TW Transportation and Trevor Westrom to pay Plaintiff Total Quality Logistics, LLC, the sum of $2,080.00 for expenses incurred in connection with Plaintiff's motion for order to show cause.

SO ORDERED.


DATED: August 3, 2012      /s/ S. Arthur Spiegel
                           S. Arthur Spiegel
                           United States Senior District Judge